IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DERRICK BERNARD JACKSON, *

Petitioner, *

v. Case No. 5:26-cv-00279-CAR-AGH
*

STATE OF GEORGIA,
*

Respondent.
*

## **JUDGMENT**

Pursuant to this Court's Order dated October 21, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 21st day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk